1
2
3
4
5
6
7
8

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| 9 Pedro Andres Barba Rojas, | No. CV-26-00441-PHX-SHD (CDB) |
| 10       Petitioner, | **ORDER** |
| 11 v. | |
| 12 Kristi Noem, et al., | |
| 13       Respondents. | |
| 14 | |

15       On January 26, 2026, the Court issued an order requiring Respondents to show
16 cause why Petitioner's § 2241 petition should not be granted.  (Doc. 4.)  Respondents'
17 deadline was February 2, 2026, but that deadline has now expired, and Respondents did
18 not file a response.  Given this backdrop, the Court concludes that the Petition should be
19 granted because it is unrebutted Respondents arrested Petitioner despite his lawful status
20 as a Special Immigrant Juvenile.

21 **IT IS ORDERED**:

22       1.     Petitioner's Petition for Writ of Habeas Corpus (Doc. 1) is granted.

23       2.     Respondents must immediately release Petitioner from custody.

24       3.     Respondents must provide a notice of compliance within 48 hours.

25       4.     Any pending motions are denied as moot and the Clerk of Court shall enter
26 judgment in Petitioner's favor and close this case.

27       5.     The Clerk of Court must immediately transmit by email a copy of this
28 Order and the judgment to the United States Attorney for the District of Arizona, to the

1   attention of Katherine Branch at katherine.branch@usdoj.gov, Melissa Kroeger at

2   melissa.kroeger@usdoj.gov, Lon Leavitt at lon.leavitt@usdoj.gov, and Theo Nickerson

3   at Theo.Nickerson2@usdoj.gov.

4          Dated this 4th day of February, 2026.

5

6

7

8

9                                                    _____

10                                                   Honorable Sharad H. Desai
                                                     United States District Judge
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28