# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Pedro Andres Barba Rojas, | No. CV-26-00441-PHX-SHD (CDB) |
| Petitioner, | **ORDER** |
| v. | |
| Kristi Noem, et al., | |
| Respondents. | |

Petitioner filed a Petition for Writ of Habeas Corpus on January 26, 2026. (Doc. 1.) The same day the Court issued an Order to Show Cause giving Respondents until February 2, 2026 to show cause why the petition should not be granted. (Doc. 4.) The Court further directed Petitioner's counsel to immediately serve the Petition and directed the Clerk of Court to email a copy of the Petition and Order to representatives from the United States Attorney's Office. No response to the OSC was filed and, on February 4, 2026, the Court granted the Petition and entered judgment. (Doc. 5.)

Respondents filed a Motion for Reconsideration (Doc. 8) indicating they never received notice of this action from either Petitioner's counsel or the Clerk of Court. Respondents requested the Court reconsider its February 4, 2026 Order, provide Respondents a copy of the Petition, and reset the deadline to file a response. The Court will grant the motion.

///

///

1   **IT IS THEREFORE ORDERED** Respondents' Motion for Reconsideration (Doc. 8) is granted. The February 4, 2026 Order and Judgement are **vacated** and this matter is **reopened**.

**IT IS FURTHER ORDERED** Counsel for Petitioner must **immediately** serve the Petition (Doc. 1) upon Respondents.

**IT IS FURTHER ORDERED** the Clerk of Court must immediately transmit by email a copy of this Order and the Petition to the United States Attorney for the District of Arizona, to the attention of Katherine Branch at katherine.branch@usdoj.gov, Melissa Kroeger at melissa.kroeger@usdoj.gov, Lon Leavitt at lon.leavitt@usdoj.gov, and Theo Nickerson at Theo.Nickerson2@usdoj.gov.

**IT IS FURTHER ORDERED** Respondents must show cause no later than **February 10, 2026**, why the Petition should not be granted.

**IT IS FURTHER ORDERED** Petitioner may file a reply no later than **February 12, 2026**.

Dated this 5th day of February, 2026.

_____
Honorable Sharad H. Desai
United States District Judge