IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Pedro Andres Barba Rojas, | No. CV-26-00441-PHX-SHD (CDB) |
| Petitioner, | **ORDER** |
| v. | |
| Kristi Noem, et al., | |
| Respondents. | |

Before the Court is Petitioner's Motion to Withdraw as Moot, (Doc. 11). Petitioner's counsel advises that Petitioner has been released from DHS custody, thus resolving the circumstances that gave rise to the requested relief in the Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 filed on January 28, 2026. Based on the representations in Petitioner's Motion, the Court will dismiss the Petition and this action, without prejudice, as moot.

Accordingly,

**IT IS ORDERED** that the Petitioner's Motion to Withdraw as Moot (Doc. 11) is granted, and the Petition (Doc. 1) and this action are dismissed without prejudice as moot. The Clerk of Court must enter judgment accordingly and close this case.

Dated this 19th day of February, 2026.

Honorable Sharad H. Desai
United States District Judge